UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| KAREEM S. SMITH, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7: 14-96-DCR-CJS |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT FARLEY, Warden | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Respondent Robert Farley, Warden of United States Penitentiary Big Sandy, with respect to all issues raised in the petition filed by Petitioner Kareem S. Smith.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

4. A Certificate of Appealability shall not issue regarding any matter raised by Petitioner Smith.

This 15th day of October, 2014.



Signed By:
*Danny C. Reeves* DCR
United States District Judge